U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

2025 NOV -3 AM 11:00

CLERK

BY_____
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Docket No. 2:25-CR-119-1 |
| JOHN PACE, | |
| Defendant. | |

## INFORMATION

The United States Attorney charges:

### COUNT ONE

On or about July 9, 2025, in the District of Vermont, the defendant JOHN PACE, did forcibly assault, resist, oppose, impede, intimidate, and interfere with any person designated in 18 U.S.C. § 1114, to wit: Veteran's Administration Police Officer 1 who was engaged in official duties.

18 U.S.C. § 111(a)(1)

## COUNT TWO

On or about July 9, 2025, in the District of Vermont, the defendant JOHN PACE, did forcibly assault, resist, oppose, impede, intimidate, and interfere with any person designated in 18 U.S.C. § 1114, to wit: Veteran's Administration Medical Professional 1 who was engaged in official duties.

18 U.S.C. § 111(a)(1)

## COUNT THREE

On or about July 9, 2025, in the District of Vermont, the defendant JOHN PACE, did forcibly assault, resist, oppose, impede, intimidate, and interfere with any person designated in 18 U.S.C. § 1114, to wit: Veteran's Administration Medical Professional 2 who was engaged in official duties.

18 U.S.C. § 111(a)(1)

*Michael P. Drescher by JMT*
MICHAEL P. DRESCHER (JMT)
Acting United States Attorney
Burlington, Vermont
November 3, 2025