AO 83 (Rev. 06/09) Summons in a Criminal Case

# UNITED STATES DISTRICT COURT
for the
District of Vermont

U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

2025 NOV 18 AM 10: 29

CLERK
BY AL
DEPUTY CLERK

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| | ) | |
| John Pace | ) | Case No. 2:25-cr-119-1 |
| | ) | |
| *Defendant* | ) | |

## SUMMONS IN A CRIMINAL CASE

**YOU ARE SUMMONED** to appear before the United States district court at the time, date, and place set forth below to answer to one or more offenses or violations based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☑ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of Court

| Place: U.S. District Court<br>11 Elmwood Avenue<br>Burlington, Vermont 05401 | Courtroom No.: **410** |
|---|---|
| | Date and Time: **11/17/2025 1:00 pm** |

This offense is briefly described as follows:

Counts 1-3: On 7/9/2025, defendant did assault upon a VA Police Officer and two VA Medical Professionals who were engaged in offical duties.

**\*\*If you are unable to afford legal counsel, you may contact Todd LeBlanc, Courtroom Deputy, at (802) 951-8161 as soon as possible to determine if you qualify for court-appointed counsel.\*\***

Date:  11/3/2025

*Todd M. LB~*
*Issuing officer's signature*

Todd LeBlanc, Courtroom Deputy Clerk
*Printed name and title*

---

I declare under penalty of perjury that I have:

☑ Executed and returned this summons   ☐ Returned this summons unexecuted

Date:  11/17/25

*[signature]*
*Server's signature*

Carl Staley   SDUSM
*Printed name and title*